IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
SUSAN BELL :
:
: CIVIL ACTION NO. 13-5927
Plaintiff :
vs. :
:
READING HOSPITAL :
:
Defendant :
_____:

# ORDER

**AND NOW**, this 21st day of April, 2015, upon consideration of the December 15, 2014 letter motion of defendant; the January 5, 2015 letter response of plaintiff; and the January 7, 2015 letter reply of defendant; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that Defendant's letter motion is **GRANTED** in part. Defendant is permitted to submit the proposed Questionnaire (attached as Exhibit "A" to its December 15, 2015 letter motion) to each of the plaintiffs and opt-in plaintiffs in this litigation.[1]

**IT IS FURTHER ORDERED** that, following receipt of the completed Questionnaires, defendant is permitted to depose up to thirty-five (35) of the plaintiffs and opt-in plaintiffs.

BY THE COURT:

_/s/ Henry S. Perkin_
HENRY S. PERKIN
United States Magistrate Judge

---

[1] It is approximated by the defendant that there are 122 opt-in plaintiffs.