**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                                    :
SUSAN BELL                                :
                                                    :         CIVIL ACTION NO. 13-5927
                        Plaintiff            :
            vs.                                 :
                                                    :
READING HOSPITAL                    :
                                                    :
                        Defendant         :
_____:

### ORDER

    **AND NOW**, this      14th      day of January, 2016, upon consideration of the

November 23, 2015 informal letter motion to compel of plaintiffs; the December 1, 2015

informal letter response of defendant, wherein defendant also seeks a protective order; the

December 9, 2015 informal letter reply of plaintiffs; the December 11, 2015 informal letter sur-

reply of defendant; after a January 11, 2016 telephone discovery conference on the record with

all counsel concerning the discovery issues expressed in these letters; and for the reasons

expressed in the foregoing Memorandum,

        **IT IS ORDERED** that plaintiffs' informal letter motion to compel is **GRANTED**

and defendant's informal letter motion seeking a protective order is **DENIED**.

        **IT IS FURTHER ORDERED** that within fifteen (15) days of the date of this

Order:

        1.  Defendant shall make a full and complete produiction of all docuuments it
used to provide orientation or training on plaintiffs' entitlement to wages for
missed meal breaks, and any procedures for requesting such wages.

2.  Defendant shall make a full and complete production of all documents it used to provide orientation or training on plaintiffs' entitlement to wages for interrupted meal breaks, and any procedures for requesting such wages.

3.  Defendant shall produce its final analysis and report concerning how frequently its hourly employees missed a meal break, or experienced an interrupted meal break performed in conjunction with its roll-out of the Kronos attestation.

**IT IS FURTHER ORDERED** that within thirty (30) days of the date of this Order, defendant shall produce a designee to provide department-level information (as opposed to "general hospital" information) on the fifteen topics identified in plaintiffs' designee deposition notice.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge

2