IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Susan Bell, on her own behalf and for all others similarly situated,<br><br>       Plaintiffs<br><br>    v.<br><br>THE READING HOSPITAL AND MEDICAL CENTER<br><br>       Defendant | Civil Action<br>No. 13-cv-05927 |

O R D E R

    NOW, this 19th day of July, 2016, upon consideration of the following documents:

1) Defendant Reading Hospital's Motion to Decertify the Conditionally Certified Collective Action, which motion was filed April 25, 2016 ("Motion to Decertify") (Document 102), together with

    (a)  Defendant Reading Hospital's Brief in Support of its Motion to Decertify the Conditionally Certified Collective Action (Document 102-1); and

    (b)  Defendant's Statement of Facts (Document 102-2);

2) Plaintiff's Response to Defendant's Statement of Facts and Plaintiff's Affirmative Statement of Facts, filed together in one document on May 20, 2016 (Document 108);

3) Plaintiff's Opposition to Defendant's Motion to Decertify, which opposition was filed May 24, 2016 (Document 109); together with

    (a)  Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Decertify (Document 109-1);

4) Defendant's Response to Plaintiffs' Affirmative Statement of Facts, which response was filed May 26, 2016 (Document 110); and

5) Defendant's Reply to Plaintiff's Response to Defendant's Motion to Decertify the Conditionally Certified Collective Action, which reply was filed June 2, 2016 (Document 113);

and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that defendant's Motion to Decertify is granted.

IT IS FURTHER ORDERED that the twenty-one opt-in plaintiffs are removed from this case, and their claims against defendant are dismissed from this action, which will proceed on behalf of the named plaintiff Susan Bell only.

BY THE COURT:


   S/ James Knoll Gardner
James Knoll Gardner
United States District Judge