IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN BELL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 13-cv-05927 |
| | : | |
| READING HOSPITAL, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 30th day of September, 2016, upon consideration of the Parties' Stipulation and request for dismissal pursuant to Federal Rule of Civil Procedure 41(a) and Local Rule 41.1(b) (effective January 1, 1970), and the Court having approved the proposed terms of the Parties' agreement for dismissal, it is hereby Ordered and Decreed pursuant to Local Rule 41.1(b), that this action is **dismissed with prejudice**, with each Party to bear its own costs and attorneys' fees. The Court will retain jurisdiction for ninety (90) days from the date of this Order to enforce any terms of the Parties' agreement.

The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

_James Knoll Gardner_
JAMES KNOLL GARDNER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN BELL,<br>　　　　　　Plaintiff,<br>v.<br>READING HOSPITAL,<br>　　　　　　Defendant. | CIVIL ACTION<br><br>NO. 13-cv-05927 |

## JOINT STIPULATION OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)

Pursuant to Federal Rule of Civil Procedure 41(a) and Local Rule 41.1(b), the Parties hereby stipulate and request that the above-captioned matter be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

　　　　　　　　　　　　　　　　Respectfully submitted,

_____
David J. Cohen
Stephan Zouras LLP
604 Spruce Street
Philadelphia, PA 19106
(215) 873-4836
(312) 233-1560 fax
dcohen@stephanzouras.com
*Attorneys for Plaintiff*

_____
Elizabeth A. Malloy
Jeffrey F. Klamut
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA   19102-2555
(215) 665-5310
(215) 665-8760 (Fax)
elizabeth.malloy@bipc.com
jeffrey.klamut@bipc.com
*Attorneys for Defendant*

Dated: 9/27/16